## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STEVEN BEDIENT,

    Plaintiff,

v.	Case No: 8:22-cv-1220-CEH-MRM

PERMANENT GENERAL
INSURANCE COMPANIES, INC.,

    Defendant.
_____/

### O R D E R

Before the Court is the Plaintiff's Notice of Dismissal With Prejudice (Doc. 36). In accord with the Notice of Dismissal With Prejudice, it is **ORDERED**:

1)    All claims of the Plaintiff, Steven Bedient, individually, are dismissed with prejudice. Each party shall bear its own costs and fees.

2)    All claims of any unnamed member of the alleged class are dismissed without prejudice.

3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on November 10, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record